IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ERIC D. FANT, JR.,<br><br>　　　　　Defendant. | 8:24-CR-186<br><br><br>ORDER DISMISSING FORFEITURE ALLEGATION AS TO THE RUGER LCP .380 HANDGUN AND THE HIPOINT C9 9MM HANDGUN |

　　　　This matter is before the Court on the Government's "Motion to Dismiss the Forfeiture as to the Ruger LCP. 380 Handgun and the HiPoint C9 9mm Handgun and Return the Assets to the Rightful Owners." Filing 61. As the title of the Government's motion makes clear, the Government seeks to dismiss forfeiture allegations relating to the following property listed in section 2 of the Forfeiture Allegation in the Indictment: (7) a Ruger LCP .380 handgun, serial number 374-83082, and (16) a HiPoint C9 9mm handgun, serial number P10010960. Filing 61 at 1; Filing 1 at 2–3. The Government explains in its motion that the defendant was not the owner of either handgun. Filing 61 at 1. The true owners of both handguns have contacted the Government seeking the return of their stolen property. Filing 61 at 1. The Court finds that the Government's motion should be granted. Accordingly,

　　　　IT IS ORDERED:

1

1. The Government's Motion to Dismiss the Forfeiture as to the Ruger LCP. 380 Handgun and the HiPoint C9 9mm Handgun and Return the Assets to the Rightful Owners, Filing 61, is granted;

2. The Forfeiture Allegation in the Indictment, Filing 1, is dismissed as to the Ruger LCP .380 handgun and the HiPoint C9 9mm handgun;

3. The Government shall return the Ruger LCP .380 handgun to its rightful owner, Larry Dietz; and

4. The Government shall return the HiPoint C9 9mm handgun to its rightful owner, Lester Collins.

Dated this 4th day of September, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge