IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ERIC D. FANT, JR.,<br><br>      Defendant. | 8:24-CR-186<br><br><br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court on the Government's Motion for Final Order of Forfeiture. Filing 64. Having reviewed the record in this case, the Court finds as follows:

1. On May 9, 2025, the Court entered a Preliminary Order of Forfeiture forfeiting the defendant's interest in 17 firearms, ammunition, and accessories listed in the Indictment and Bill of Particulars. Filing 37.

2. On September 4, 2025, the Court entered an Order dismissing the forfeiture allegation for two of the firearms, to wit: a Ruger LCP .380 handgun and a HiPoint C9 9mm handgun. Filing 62.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on May 20, 2025, as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C). A Declaration of Publication was filed herein on September 16, 2025. Filing 63.

3. The Government advises the Court that no party has filed a petition in this matter regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

1

4. The Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The Government's Motion for Final Order of Forfeiture, [Filing 64](), is granted;

2. All right, title, and interest in and to the 15 firearms, ammunition, and accessories seized from the defendant on or about November 18, 2024, held by any person or entity are forever barred and foreclosed;

3. The 15 firearms, ammunition, and accessories are forfeited to the Government; and

4. The Government is directed to dispose of the 15 firearms, ammunition, and accessories in accordance with the law.

Dated this 19th day of September, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge